COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
KEVIN LAMAR HUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:14-cr-00126-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| KEVIN LAMAR HUNT, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————————— | ) | |

        Defendant KEVIN LAMAR HUNT, by and through his attorney, Colin Cooper,  and the

UNITED STATES, by and through Assistant United States Attorney JASON HITT, hereby stipulate

and agree to continue the status conference in the above-captioned case set for June 12, 2014, to

August  14, 2014, at 9:30 a.m. The continuance is requested to allow defendant's counsel

additional time for preparation.

        The parties further stipulate and agree that the period from June 12, 2014, to August 14,

2014, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161

(h)(8)(A) for the effective preparation of counsel.

DATED: June 9, 2014                          /s/ COLIN L. COOPER
                                             Attorney for Defendant KEVIN LAMAR HUNT


DATED: June 9, 2014                          /s/ JASON HITT
                                             Assistant United States Attorney

-1-

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY
ORDERED that the status conference scheduled for June 12, 2014 at 9:30 a.m. is vacated and the
matter is set for status conference on August 14, 2014, at 9:30 a.m., and that the period from June
12, 2014 to August 14, 2014 is excludable from calculation under the Speedy Trial Act pursuant to
18 U.S.C. §3161(h)(8)(A).

**The Court further finds that the ends of justice to be served by granting the
continuance outweigh the best interests of the public and the defendant in a speedy trial.**

**IT IS SO ORDERED.**

Dated: June 9, 2014

_____
Troy L. Nunley
United States District Judge