1  PATRICK K. HANLY (Bar #128521)
   431 I Street Suite 201
2  Sacramento, CA  95814
   Telephone:  (916) 773-2211
3  Facsimile:   (916) 440-9610

4  Attorney for Defendant
   KEVIN LAMAR HUNT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  CR. S-14-126 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING REQUEST FOR ORDER THAT PROBATION CONDUCT A PRE-PLEA CRIMINAL HISTORY CALCULATION; ORDER** |
| v. | |
| KEVIN LAMAR HUNT, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby join in a request that the Court Order the Probation Department to conduct a pre-plea criminal history calculation of defendant's criminal history.

The parties further stipulate that this case is in the very early stages. The parties have been working diligently towards and early resolution.   The parties are very close to resolving the case. The only sticking point in the resolution is the accurate calculation of defendant's criminal history. Defendant's criminal history with respect to his 2001 state drug convictions in Alameda County is very complex.  The resolution of this criminal history will dramatically affect defendant's guidelines

**STIPULATION AND ORDER FOR PRE-PLEA PROBATON REPORT RE: CRIMINAL HISTORY**
*U.S. v. Hunt*, CR S 14-126 TLN

1

1  and consequently will dramatically affect the ability of the parties to resolve the case.  The parties
2  are aware that pre-plea probation reports are typical not prepared, however, they believe that a pre-
3  plea criminal history calculation of defendant's criminal history by probation will ultimately save
4  time and resources and will lead to an early resolution of this case.

5    For the above reasons, the parties jointly stipulate to request that the Court Order probation to
6  prepare a very limited pre-plea report covering only defendant's criminal history calculation.

**IT IS SO STIPULATED**.                    UNITED STATES ATTORNEY

DATED:  August, 26, 2014        By: /s/ Jason Hitt
                                     Assistant United States Attorney


DATED:  August 26, 2014         /s/ Patrick K. Hanly
                                Counsel for Defendant Kevin Lamar Hunt


**O R D E R**

**IT IS SO FOUND AND ORDERED** this 28th day of August, 2014.

_____
Troy L. Nunley
United States District Judge


**STIPULATION AND ORDER FOR PRE-PLEA PROBATON REPORT RE: CRIMINAL HISTORY**
*U.S. v. Hunt*, CR S 14-126 TLN

2