1  PATRICK K. HANLY (Bar #128521)
   431 I Street Suite 201
2  Sacramento, CA  95814
   Telephone:  (916) 773-2211
3  Facsimile:  (916) 449-9544

4  Attorney for Defendant
   KEVIN LAMAR HUNT

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  Cr.  14-126 TLN

12                      Plaintiff,     **STIPULATION REGARDING
                                       EXCLUDABLE TIME PERIODS
13  v.                                 UNDER SPEEDY TRIAL ACT;
                                       FINDINGS AND ORDER**
14  KEVIN LAMAR HUNT,

15                      Defendant,

16

17                      **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by

19  and through his counsel of record, hereby stipulate as follows:

20       1.     By previous order, this matter was set for status on November 13, 2014.

21

22       2.     By this stipulation, defendant now moves to continue the status conference until

23  December 4, 2014 and to exclude time between November 13, 2014 and December 4, 2014 under

24  Local Code T4.

25       3.     The parties agree and stipulate, and request that the Court find the following:

26              a.     The government has produced discovery associated with this case.

27              b.     Counsel for defendant requests additional time to review this discovery, to conduct

28

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Hunt*, CR S 14-126 TLN                                    1

investigation and research related to the charges, to discuss potential resolutions with his client, and to otherwise prepare for trial.  The parties have received a pre-plea criminal history calculation by the Probation Department and are reviewing it.

c.      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of  November 13 , 2014  to until December 4, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period Within which a trial must commence.

**IT IS SO STIPULATED**.

DATED:  November 10, 2014.

UNITED STATES ATTORNEY

By:      /s/ Jason Hitt
         Assistant United States Attorney

DATED:  November 10, 2014

         /s/ Patrick K. Hanly
         Counsel for Defendant Kevin Lamar
         Hunt

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Hunt*, CR S 14-126 TLN

2

**O R D E R**

**IT IS SO FOUND AND ORDERED** this 10th day of November, 2014.

_____
**HONORABLE TROY L. NUNLEY**
**UNITED STATES DISTRICT COURT JUDGE**

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Hunt*, CR S 14-126 TLN

3