PATRICK K. HANLY (Bar #128521)
431 I Street Suite 201
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:  (916) 440-9610

Attorney for Defendant
KEVIN LAMAR HUNT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>KEVIN LAMAR HUNT,<br><br>                                    Defendant, | CASE NO.  CR. S-14-126 TLN<br><br>**(AMENDED) STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 19, 2015.

2.      By this stipulation, defendant now moves to continue the status conference until April 30, 2015 and to exclude time between March 19, 2015 and April 30, 2015 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has produced discovery associated with this case.

b.      Counsel for defendant requests additional time to review this discovery, to conduct

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Hunt*, CR S 14-126 TLN

1

1  investigation and research related to the charges, to discuss potential resolutions with his client, and

2  to otherwise prepare for trial.  The parties have received a pre-plea criminal history calculation by

3  the Probation Department and are reviewing it.

4          c.      Counsel for defendant believes that failure to grant the above-requested

5  continuance would deny him the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.

7          d.      The government does not object to the continuance.

8

9          e.      Based on the above-stated findings, the ends of justice served by continuing

10  the case as requested outweigh the interest of the public and the defendant in a trial within the

11  original date prescribed by the Speedy Trial Act.

12          f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

13  3161, et seq., within which trial must commence, the time period of  March 19, 2015 to until April

14  30, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15  T4] because it results from a continuance granted by the Court at defendant's request on the basis of

16  the Court's finding that the ends of justice served by taking such action outweigh the best interest of

17  the public and the defendant in a speedy trial.

18

19      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of

20  the Speedy Trial Act dictate that additional time periods are excludable from the period within which

21  a trial must commence.

22  **IT IS SO STIPULATED**.                          UNITED STATES ATTORNEY

23  DATED:  March 17, 2015

24                                                  By:    /s/ Jason Hitt
                                                          Assistant United States Attorney

25  DATED:  March 17, 2015                                  /s/ Patrick K. Hanly
                                                          Counsel for Defendant
26                                                          Kevin Lamar Hunt

27

28                                                                                              2

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Hunt*, CR S 14-126 TLN

**O R D E R**

**IT IS SO FOUND AND ORDERED** this 17th day of March, 2015.

_____
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Hunt*, CR S 14-126 TLN