BENJAMIN B. WAGNER
United States Attorney
JASON HITT
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
TEL: (916) 554-2791
FAX: (916) 554-2900

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00126-TLN |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| KEVIN LAMAR HUNT, | |
| Defendant. | |

On May 21, 2015, defendant Kevin Lamar Hunt entered a guilty plea to Count Two of the Indictment, which charges him with Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1).

As part of his plea agreement with the United States, defendant Kevin Lamar Hunt agreed to forfeit voluntarily and immediately up to $20,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b), which reflects a reasonable compromise between the parties for forfeiture purposes. See Defendant's Plea Agreement ¶ II.E and Exhibit A.

Plaintiff hereby applies for entry of a money judgment as follows:

1.      Pursuant to Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Kevin Lamar Hunt in the amount of $20,000.00.

2.      Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.      Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED:  7/30/2015                               BENJAMIN B. WAGNER
                                                United States Attorney


                                                 /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


## O R D E R

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Kevin Lamar Hunt in the amount of $20.000.00.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated:  August 3, 2015


                                                Troy L. Nunley
                                                United States District Judge